# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00287-CV

| | | |
|---|---|---|
| In the Interest of S.M.-R., a Child | § | From the 231st District Court |
| | § | of Tarrant County (231-556936-14) |
| | § | November 23, 2016 |
| | § | Opinion by Chief Justice Livingston |
| | § | Dissent by Justice Dauphinot |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Terrie Livingston

Chief Justice Terrie Livingston